THE BOARD OF COMMISSIONERS OF WYANDOTTE COUNTY *et al.* v. THOMAS J. BARKER.

*Per Curiam*: Upon a reëxamination of the former opinion handed down in this case (*ante*, p. 699), and the various authorities presented upon the argument for a rehearing, the motion will be overruled.